In Re:

Oliver D. White

                  Debtor(s).    /

Case No. 14-55082
Chapter 7
Judge Walter Shapero

Credit Union One

                  Plaintiff(s),
vs.

Adv. Proc. No.14-5277

Oliver D. White

                  Defendant(s).    /

## ADVERSARY PROCEEDING SCHEDULING ORDER

The within proceeding being at issue by reason of the pleadings filed therein, and after consultation with the parties, pursuant to Fed. R. Bankr. P. 7016 and 7026 and the parties having conducted a conference and submitted a written report thereof ("26(f) Report") under Fed. R. Civ. P. 26(f), IT IS HEREBY ORDERED that further proceedings in this case shall be governed by the following:

### I.
### Discovery Plan and Other Provisions of Rule 26(f) Report

The Rule 26(f) Report is adopted as an order of this Court and incorporated herein.

### II.
### Filing of Joint Final Pretrial Order

A Joint Final Pretrial Order prepared in accordance with L.B.R. 7016-1(E.D.M.) shall be filed at the Final Pretrial Conference.

III.
## Mediation

As soon as possible, but in any event, not later than 45 days before the Final Pretrial Conference, plaintiff(s) attorney shall arrange for a conference call, or an in person conference with the Court, involving counsel for all parties, as well as any unrepresented party, for the purpose of discussing mediation of this case in accordance with L.B.R. 7016-2 (E.D.M.).

IV.
## Final Pretrial Conference

A final pretrial conference will be held on **September 30, 2015 at 9:30am in Chambers, Room 1029, U.S. Courthouse, 231 W. Lafayette, Detroit.**

V.
## Trial Date(s) in Bankruptcy Court

THE TRIAL OF THIS MATTER shall be held in this Court and SHALL COMMENCE on **October 13, 2015 at 9:30am in Courtroom 1042, U.S. Courthouse, 231 W. Lafayette, Detroit.**

VI.
## Miscellaneous Matters

(a)  Adjournment(s) or Changes in this Order

Requests for adjournment of the trial date are governed by L.B.R. 5071-1(E.D.M.). Any changes in any other dates or provisions of this order are to be sought in accordance with L.B.R. 9014-1 (E.D.M.), or by written stipulation provided that in any case good cause shall be shown, and approval of the Court is required.

(b)  Exhibits and Discovery Disputes

Exhibits to be offered in evidence are to be processed pursuant to L.B.R. 7016-1(d) (E.D.M.). Note should be taken of L.B.R. 9014-1(h) (E.D.M.) relative to discovery disputes. Parties are encouraged to resolve disputes before a motion regarding discovery is filed, and are directed to strictly comply with L.B.R. 9014-1(g) and (h) (E.D.M.) if a motion is ultimately required.

(c)  Settlement

Note should be taken of L.B.R. 9019-1 (E.D.M.) relative to settlements.

(d)  Status or Pretrial Conference Request

Any party may request a status conference (or a conference to discuss or further consult in reference to this order) by a communication, in writing, addressed to the Court with copies to opposing or other counsel and/or any pro se parties. Upon receipt of such a request (or sua sponte) the Court will schedule such a conference (in person or by phone) if the Court believes it will advance or be helpful in the disposition of this proceeding.

      (e)      <u>Non-filing of Discovery Materials</u>

      See L.B.R. 7026-1(a) (E.D.M.).

Signed on: January 23, 2015

                                        <u>/s/ Walter Shapero</u>
                                        Walter Shapero
                                        United States Bankruptcy Judge

3

14-05277-wsd    Doc 14    Filed 01/23/15    Entered 01/23/15 08:01:33    Page 3 of 3