# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

OLIVER WHITE         Case No. 14-55082-wsd
       Hon. Walter Shapero

       Debtor
_____/

GENISYS CREDIT UNION

       Plaintiff.        Adversary Proceeding No. 14-05246

-v-

OLIVER WHITE
       Defendant.
_____/
_____/

**STIPULATED ORDER RESOLVING ADVERSARY PROCEEDING**

**THIS MATTER** having come before the Court on the filing of a stipulation to the entry of this Order, by and between Plaintiff and Defendant; and the Court being otherwise sufficiently advised in the premises:

**NOW, THEREFORE;**

**IT IS HEREBY ORDERED** that, subject to the conditions herein, Plaintiff, Genisys Credit Union, is given a Non-Dischargeable Consent Judgment against Defendant, Oliver White, in the amount of $12,000.00 pursuant to 11 USC §523(a)(2)(B), said Judgment to accrue interest at the statutory rate.

**IT IS FURTHER ORDERED** that the United States Bankruptcy Court shall retain jurisdiction to interpret and enforce the terms of this order.

**IT IS SO ORDERED.**

Signed on July 15, 2015

       /s/ Walter Shapero
       Walter Shapero
       United States Bankruptcy Judge